### 7678.   FINKELSTEIN *v.* INGRAM.

LUKE, J.   1.   All issues raised in a petition for certiorari must be determined upon the answer to the petition; and where the answer does not verify the allegations of the petition, the trial court will consider only the issues shown by the answer.

2.   Upon the petition for certiorari and the answer the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed.   Wade, C. J., and George, J., concur.*

DECIDED MARCH 16, 1917.

Certiorari; from Fulton superior court—Judge Bell.   March 23, 1916.

*Morris Macks,* for plaintiff in error.   *Virlyn B. Moore,* contra.